IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERT R. ACEVEDO, ET. UX., | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-17-216 |
| | § | |
| UNITED STATES RAILROAD | § | |
| RETIREMENT BOARD, ET AL., | § | |
| Defendants. | § | |

# ORDER

On February 8, 2018, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 45]. Plaintiff has objected [Doc. No. 47] to said Report and Recommendation.

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, the Court hereby adopts the Report and Recommendation. Therefore, the case is dismissed without prejudice for lack of subject matter jurisdiction. All outstanding motions are dismissed as moot.

Signed this 15th day of March, 2018.

Andrew S. Hanen
United States District Judge